UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESSUH SUHYES HUSSEY,<br><br>        Plaintiff,<br><br> -against-<br><br>SAINT LUKE'S ROOSEVELT HOSPITAL CENTER, *et al.*,<br><br>        Defendants. | 23-CV-4372 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the August 28, 2023, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  SO ORDERED.

Dated: January 9, 2024
     New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
               Chief United States District Judge